DAVID MICHAEL GIBA,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

A112795

58 P3d 241

Irene B. Taylor, Deputy Public Defender, argued the cause for petitioner. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Day v. Board of Parole,* 184 Or App 409, 56 P3d 495 (2002).